FILED

Name: Jing ZHU

Address: 349 North Sunset Ave
La Puente CA 91744

Phone: 626 413 6077

Fax:

In Pro Per

2025 MAR -6 PM 12: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____ GSA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jing ZHU

                                  Plaintiff
        v.

County of Los Angeles
Assessor office

                                  Defendant(s).

CASE NUMBER:

2:25cv01965-MCS-(AJRx)

Complaint

( Enter document title in the space provided above)

Dear Judge,

How are you doing today?

I have a bad situation with my job since 2023.

I was demoted on 10/27/23, and I was issued a notice of Absence with a pay (Assessor reduced $2900/month from my original salary) after my injury on 9/19/23. I stayed at home since 10/27/2023.

I was mistreated with age discrimination (I was 42 years old in 2023), national origin (language) discrimination, disability discrimination (not accommodate my injury), promotion discrimination (Assessor promoted other 7 IT employees, I was the only one who got demotion), performance evaluation report discrimination by Assessor office, county of Los Angeles. My salary was reduced by $2900/month because of the unfair demotion.

_____/_____
Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

My supervisor denied my worker's compensation claim on 10/18/23 behalf of me, I did not know it until 3/6/2024. Then I filed my worker's compensation claim in March, 2024 by myself, the case is still going on,

I am an immigrant, only mom and me live in the United States. This unfair demotion made our life financially difficult. I have depression since then. I could not control pipi and pupu and I did colonpsy procedure in Oct, 2024 because of the stress and depression from the work situation. I also took depression medicines in 2024.

I have an Information Technology master degree. I work very hard in county of Los Angeles since 2017. I never received any complaint, any displine, any warning, any interim Performance evaluation report from other 6 departments in county of Los Angeles (Parks & Recreation, Tax Treasure Collector, Mental Health Department, Department Public Social Services, Internal Service Department). Instead, I received good feedbacks from those 6 departments.

Yes, I do have accent when I speak English. and my English is not perfect. But I do speak enough English to do my job. I also take communication class in Saddle Back church, Anaheim Campus, every week. I love my IT support job and I keep working on it with ongoing IT support certification classes. Because I have lots of passion on my IT Support Job. I want to advance my IT support career in the county of Los Angeles. I do not want to lose my IT support job.

Dear Judge, please kindly consider my financial situation to waive the $405.00 fees for this filing process.

Dear Judge, please kindly consider my family situation; I am the only one who supports my mom and myself.

2

Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Dear Judge, please kindly consider my job situation with EEOC Right to Sue letter was issued on 12/4/2024.

Dear Judge, please let me know if you have any question with this discrimination case, I have evidence ready for you.

And thank you for your time and have a good rest of your day.

Jing ZHU
3/6/25

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Los Angeles District Office**
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/09/2024

**To:** Ms. Jing Zhu
349 North Sunset Ave.
LA PUENTE, CA 91744
Charge No: 480-2024-01742

EEOC Representative and email:   LATAYNA VALENTINE
Enforcement Investigator
LATAYNA.VALENTINE@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
12/09/2024

Christine Park-Gonzalez
District Director

**Cc:**
Letitia Ellison-Cooper
COUNTY OF LOS ANGELES
Department of Human Resources 500 West Temple Street, Suite 588
Los Angeles, CA 90012


Please retain this notice for your records.